**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1313**

ROBERT W. SAYMAN,

            Plaintiff – Appellant,

      and

MARY B. SAYMAN,

            Plaintiff,

      v.

GODDARD & PETERSON, PLLC; ASHLEY RICHEY; ANDREW J. PETERSON;
NATIONSTAR MORTGAGE, LLC,

            Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.   Frank D. Whitney,
Chief District Judge. (3:14-cv-00426-FDW-DSC)

Submitted:  June 18, 2015            Decided:  June 22, 2015

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert W. Sayman, Appellant Pro Se.   Matthew Thor McKee, ROGERS,
TOWNSEND & THOMAS, PC, Charlotte, North Carolina; Dennis Kyle
Deak, TROUTMAN SANDERS, LLP, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert W. Sayman appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sayman v. Goddard & Peterson, PLLC, No. 3:14-cv-00426-FDW-DSC (W.D.N.C. Feb. 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2